Andrew P. Caputo, SBN 203655
David E. Newman, SBN 233263
NATURAL RESOURCES DEFENSE COUNCIL
111 Sutter Street, 20th Floor
San Francisco, CA  94104
Telephone:  (415) 875-6100
Fax:  (415) 875-6161
E-mail:  Dcaputo@nrdc.org; Dnewman@nrdc.org

Eric A. Bilsky, DC Bar No. 433612
OCEANA
2501 M Street, N.W., Suite 300
Washington, D.C.  20037-1311
Telephone:  (202) 833-3900
Fax:  (202) 833-2070
E-mail:  Ebilsky@oceana.org

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PACIFIC MARINE CONSERVATION COUNCIL, Inc., et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD EVANS, Secretary of Commerce, et al., <br><br> Defendants. | Case No. C 01-2506 JL <br><br> **[PROPOSED] ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL** |

   This Court, having considered Plaintiffs' Motion for Withdrawal of Counsel, hereby GRANTS the motion and ORDERS that Andrew P. Caputo is withdrawn as counsel in this matter.

**[PROPOSED] ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL –
Case No. C 01-2506 JL**

1   IT IS SO ORDERED.

2   June 28, 2006

3

4

5   _____
    THE HONORABLE
6   UNITED STATES ... Judge James Larson

*IT IS SO ORDERED — /s/ James Larson — Judge James Larson (UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)*

7

8

9

10  Dated: _____

**[PROPOSED] ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL –
Case No. C 01-2506 JL**

2