UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Pacific Marine Conservation Council, Inc., et al.,<br><br>   Plaintiffs,<br><br>  v.<br><br>National Marine Fisheries Service, et al.,<br><br>   Defendants. | Case No. C 01-2506-JL<br><br>[PROPOSED] ORDER GRANTING FEDERAL DEFENDANTS' UNOPPOSED MOTION TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE |

  This Court, having considered Federal Defendants' Unopposed Motion to Appear by Telephone at Case Management Conference, hereby GRANTS the motion and ORDERS that counsel for Federal Defendants may appear by telephone at the October 18, 2006, case management conference.

Dated: October 5, 2006 _____

*IT IS SO ORDERED*
*Judge James Larson*

[Proposed] Order
Case No. C 01-2506 JL    - 1 -