Michael E. Wall, SBN 170238
Laura A. Pagano, SBN 244079
NATURAL RESOURCES DEFENSE COUNCIL
111 Sutter Street, 20th Floor
San Francisco, CA 94104
Telephone: (415) 875-6100
Fax: (415) 875-6161
E-mail: MWall@nrdc.org; LPagano@nrdc.org

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., | ) Case No. C 01-0421 JL |
| | ) |
| Plaintiff, | ) |
| | ) **[PROPOSED] ORDER** |
| v. | ) **GRANTING MOTION FOR** |
| | ) **WITHDRAWAL OF** |
| CARLOS M. GUTIERREZ, Secretary of Commerce, et al., | ) **COUNSEL** |
| | ) |
| Defendants. | ) |
| | ) |

This Court, having considered Plaintiff's Motion for Withdrawal and Notice of Substitution of Counsel, hereby GRANTS the motion and ORDERS that Michael E. Wall is withdrawn as counsel in this matter and that Laura A. Pagano be substituted in his place.

**[PROPOSED] ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL –**
**Case No. C 01-0421 JL**

1    IT IS SO ORDERED.

2

3

4

5                                        _____

6    THE HONORABLE
     UNITED STATES MAGISTRATE JUDGE

7

8

9              December 4, 2006

10   Dated: _____

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL –**
**Case No. C 01-0421 JL**

2