**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Pacific Marine Conservation Council, Inc., et al. ) ) | |
| Plaintiffs, ) | Case No. C 01-2506-JL |
| ) | |
| v. ) ) | X[PROPOSED] ORDER GRANTING FEDERAL |
| National Marine Fisheries Service, et al., ) ) | DEFENDANTS' UNOPPOSED MOTION TO APPEAR BY |
| Defendants. ) ) | TELEPHONE AT CASE MANAGEMENT CONFERENCE |

This Court, having considered Federal Defendants' Unopposed Motion to Appear by Telephone at Case Management Conference, hereby GRANTS the motion and ORDERS that counsel for Federal Defendants may appear by telephone at the March 7, 2007, case management conference.

Dated: February 28, 2007
_____

IT IS SO ORDERED
*Judge James Larson*

[Proposed] Order
Case No. C 01-2506 JL      - 1 -